UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
IN RE VEECO INSTRUMENTS INC.        :    MDL No. 7:05-MD-01695 (CM)
SECURITIES LITIGATION               :
                                    :
                                    :
------------------------------------x
                                    :
THIS DOCUMENT RELATES TO            :
ALL ACTIONS                         :
                                    :
                                    :
------------------------------------x

## [PROPOSED] ORDER

**WHEREAS**, Defendants Veeco Instruments Inc., Edward H. Braun, John F. Rein, Jr. and John P. Kiernan have moved to extend the deadline to file a response to Lead Plaintiff's Consolidated Amended Complaint from November 28, 2005, to December 2, 2005;

**WHEREAS**, Lead Plaintiff has consented to Defendants' request for an extension;

**IT IS HEREBY ORDERED** that the date by which Defendants shall file and serve a response to Lead Plaintiff's Consolidated Amended Complaint shall be extended to December 2, 2005.

DATED:   November ___, 2005
New York, New York

                                    SO ORDERED


                                    _____
                                    Honorable Colleen McMahon
                                    United States District Judge