Exhibit B-1



![Veeco logo] Veeco

Solutions for a nanoscale world.

# VEECO INSTRUMENTS INC.

## SMITH BARNEY CITIGROUP
## 2004 TECHNOLOGY CONFERENCE

## SEPTEMBER 8, 2004

Ed Braun
Chairman & CEO

# VEECO PROVIDES ENABLING NANOSCALE PROCESS EQUIPMENT AND METROLOGY SOLUTIONS TO MULTIPLE GROWTH MARKETS

**Data Storage**   **Semiconductor**   **Compound Semi/Wireless**   **Scientific Research**








**80 and 160 GB; microdrives**   **90 and 65 nm; 300mm**   **HB-LEDs, WiFi, camera cell phones**   **Nanotech & Life Science**



# VEECO LEVERAGES CORE TECHNOLOGIES IN GROWTH MARKETS

## WHAT WE DO...

**PROCESS EQUIPMENT (ADD AND REMOVE MATERIAL)**



**ION BEAM DEPOSITION
EPITAXIAL DEPOSTION**



**ION BEAM ETCH**

**METROLOGY (IMAGE, MEASURE MANIPULATE)**



**ATOMIC FORCE MICROSCOPY
OPTICAL INTERFEROMETRY**

## MARKETS WE SERVE...

**1H '04 REVENUE ($197.4M;UP 42%)**



*Multiple markets provide stable growth offsetting individual market volatility…Broader opportunities than silicon semiconductor*



# LEADERSHIP TECHNOLOGIES SERVING MULTIPLE MARKETS



**PROCESS EQUIPMENT**

**METROLOGY**

IBE  PVD  IBD  MBE  MOVCD  PRECISION LAPPING

ATOMIC FORCE MICROSCOPY, OPTICAL PROFILOMETERS

**DATA STORAGE**

**SEMI/WIRELESS**

**SCIENTIFIC RESEARCH**

*USE PRODUCT LEADERSHIP TO CREATE CRITICAL MASS IN KEY MARKETS, AT KEY ACCOUNTS*



# SERVING INDUSTRY LEADERS

| **MARKETS** | **PRODUCTS** | **CUSTOMERS** |
|---|---|---|
| *Data Storage* | ***#1 Equipment Supplier for TFMHs;***<br><br>***Etch, Deposition, Lapping and Metrology*** |  |
| *Wireless & Compound Semi* | ***Only** **Broad line Equipment and Metrology Supplier**<br><br>***MBE, MOCVD (Epitaxial Deposition) and Metrology*** |  |
| *Semiconductor* | ***#1 3D AFM Metrology***<br><br>***Automated Atomic Force Microscopy and Optical Profilers*** |  |
| *Scientific Research* | ***#1 AFMs, SPMs and Optical Profilers***<br><br>***Breadth of research solutions*** |  |

# VEECO 2004 INVESTMENT THEMES

- We are a leading supplier of enabling technology for converging data storage, semiconductor/compound semi and HB LED, color display growth opportunities

- In the post PC era…microdrives, HB LEDs, color displays, and wireless technology will enable a wave of new high volume, digital consumer electronics for mass markets

- A diverse market and product mix allows Veeco a broader customer and product technology base than most other semi equipment companies

- Nanotechnology, smaller form factors, higher density and new materials will drive extensions of:
  - Moore's Law          20nm feature size
  - Areal Density        1 Tb/in²
  - Large high resolution, high brightness color displays



# VEECO'S HISTORICAL FINANCIALS AND OUTLOOK

**2004 Forecast ...a revenue and earnings recovery year**



*Exclusive of non-recurring charges
Δ Street consensus ($M)

- **Our Company was founded in 1990 with sales of $30 million and went public in 1994**
- **10 year revenue growth from $86M to $413M...+17% CG per year ('94-'04)**



# VEECO MULTI-MARKET GROWTH OPPORTUNITY

**Data Storage**          Continued 80 GB production ramp, development of next generation 120/ 160 GB drives and advanced development of (perpendicular heads) for 2005/2006. Microdrives to enable new wireless consumer products (Ipod, TiVo, camera/cell phones)

**Semiconductor**         Complete 90nm, 300 mm ramp, development of 65nm, 45nm

**Wireless**              Explosive growth of Blue LED's for backlighting of color displays, handheld camera/ cell phone, large color screens, PDA, Wi Max, automotive, solid state lighting and RF devices

**Scientific Research**   Continued strength of research AFMs/SPMs

Nanoscience emerges (life sciences, material sciences genomics)

*The content of Veeco's enabling technologies increases in new consumer applications*



# VEECO: EQUIPMENT FOR HIGH GROWTH DIGITAL, WIRELESS CONSUMER PRODUCTS

*TiVo*



*HDD for DVR/DVT*

**+35.9% CAGR**
**'02-'08**

*GPS*



*HDD for GPS; Auto Nav.*

**+61.4% CAGR**
**'02-'08**

*MP4 Video*

*HDD for Digital Cameras, Audio Players.*

**+33.6% CAGR**
**'02-'08**

*These consumer products represent the convergence of Semiconductor chips, wireless chips, microdrives, high resolution color displays, and high brightness LEDs*

**+145.7% CAGR**
**'02-'08**

*Flat Panel Display Backlighting*



*LCDs Backlighting*

**+159.2% CAGR**
**'02-'08**

*HB-LED Headlights*



*LEDs…signs;mobile; illumination*

*Home Media Server*



**+71.2% CAGR**
**'02-'08**

*HDDs for Home Networking*



*Wireless Mobile Consumer Products*



Veeco

$M

**ORDERS**

*Orders doubled in 3 quarters

$72.7  $64.0  $64.0  $96.8  $117  *$124.7M

120
70
20
-30

| Q1 | Q2 | Q3 | Q4 | Q1 | Q2 |

2003       2004

**REVENUE**

$65.8  $73.4  $63.1  $76.9  $94.5  *$103M

*Revenue up 50% in 3 quarters

120
100
80
60
40
20
0

| Q1 | Q2 | Q3 | Q4 | Q1 | Q2 |

2003       2004

**EBITA**

*$9.3M  *EBITA triples in 3 quarters

$3.0  $3.2  $3.3  $3.5  $7.5

9
8
7
6
5
4
3
2
1
0

| Q1 | Q2 | Q3 | Q4 | Q1 | Q2 |

2003       2004

*Q2 Backlog increased to $164M*



10

# VEECO GROWTH OPPORTUNITY BY MARKET



FCST Veeco Growth ('03-'04)

FCST Industry Growth ('04-'05)

$486M***
+17% y/y

$415M*
+49% y/y

$279M

**Sales ($ Millions)**

2003 — 109, 90, 40, 39

2004E — 115, 140, 60, 100

2005E — 125, 157, 71, 133

150%
50%
55%
5%

33%
18%
12%
6%

**Compound Semi/Wireless**
*(Source:Strategies Unlimited/ Lighting)*

**Semiconductor**
*(Source:VLSI Semi Equipment)*

**Data Storage**
*(Source:Trend Focus: TFMH)*

**Scientific Research**
*(Source:GNP)*

*\* 2004 Analysts' Consensus*
*\*\*\* Veeco 2005 Assuming Growth Per Industry Forecast*



# DIVERSITY OF MULTIPLE MARKETS, PRODUCTS AND GEOGRAPHIC PENETRATION



MULTIPLE PRODUCTS

- Process Equipment 59%
- Metrology 41%

MULTIPLE MARKETS

- Scientific Res. 26%
- Semi/CS/Wireless 39%
- Data Storage 35%

MULTIPLE REGIONS

- Europe 18%
- Asia Pacific 30%
- Japan 15%
- US 37%

**Q2 2004 Sales $102.9M, up 40%**







**MARKETS**



*There are 1.5 billion mobile phones in the world today. They browse the Web, take pictures, send email, watch movies and play games. Soon they could make your PC obsolete.*





- Convergence of Semi/Data Storage/Wireless creates a new class of high volume, high growth consumer products with explosive unit growth from 2004-2007

- Wireless mobile consumer products (including cell phones) will approach 2 billion units by 2010… Compared to the installed base of 500 million PC's



## By 2010 each household will own 10 HDD's*

### Mobile Applications



**New Microdrive (.85 dia.)**



**MP4 Video**

Laptop



**MP3 Music (i.e., iPod)**



**Mobile Phone**



**Automobile GPS Navigation**

### Home Applications



**Home Media Server**

**TiVo/DVR**

**Entertainment Centers/PCs**

**Game (Xbox, PlayStation, etc)**



* Source: Hitachi Global Storage Technologies

**SBC 090804-EHB**

16

# HARD DISK DRIVE GROWTH STORY
## *…opportunity for unit growth to double*







**CE Examples**
- *MP3 (Microdrive)*
- *MP4 (Microdrive)*
- *Digital Photo (Microdrive)*
- *TiVo*
- *Automobile GPS*
- *Other*

*"In 5-7 Years Consumer Electronic HDD could = PC shipments"*
*Bill Watkins, Seagate March 2004 Diskcon Singapore*

**SBC 090804-EHB**



18

# VEECO'S DATA STORAGE OPPORTUNITY: SHRINKING DIMENSIONS REQUIRE "RE-TOOLING"

Areal density roadmap increases (50% per year) toward CPP (perpendicular recording) capable of 1 Terabit/in² (2006)… will require new manufacturing technology







*TFMH Technology Changes Drive Capital Equipment Growth*

**Microdrives**



**Slider Shrinks**



**Reader & Writer Development**





- Industry's broadest line of etch, deposition and metrology

- Industry's largest installed base (3,000 systems in the field)…Strong key account relationships

- Aii lapping, dicing and slicing … total slider fab solution opportunity…first saw order

- Customers currently require upgrade and new technology…for 80 GB ramp, intro of 120GB and research for CPP… Veeco launches NEXUS etch and deposition solutions

- ***First half orders    $71.4M (up 45% vs '03)***
  ***revenue $67.0M (up 54% vs '03)***



# VEECO: IN EVERY STEP OF YOUR TFMH PROCESS



**WAFER PROCESSES** | **ROWBAR/SLIDER PROCESSES** | **HGS, FINAL ASSY AND TEST**



- Veeco is the leading supplier of thin-film process equipment and metrology solutions to the compound semiconductor industry
  - Unique ability to provide both MBE and MOCVD – two epitaxial technologies that determine functionality and performance of devices
  - Strategy to become a "one-stop shop" for equipment

- Growth in camera/ cell phone applications.  Fully featured phones include >20 compound semi devices per phone. Cell phone sales expected to nearly double to 750M units by 2008

- LED backlighting growth opportunity to include larger color display applications (mobile PC's and flat panel TV displays)

- New automotive applications, headlights, fog lights and instrument panel displays

- Record Q2 orders $51.1M, total of 26 MOCVD and 7 MBE systems, included 6 multiple system orders

- ***First half orders    $90.2M up 346% vs '03
       revenue $45.2M up 145% vs '03***



# HB LEDS…A MULTIPLE MARKET GROWTH OPPORTUNITY



Source: Samsung BLUE 2004