# In re Veeco Instruments Inc. Securities Litigation
# 05 MD 1695 (CM) (GAY)

# Pre-Trial Order

# Exhibit F

| PX- # | Date | Bates Range | Objections |
|---|---|---|---|
| PX-1 | 7/28/2004 | BAS 1395-403 | N/A |
| PX-2 | 2/11/2005 | BAS 3118-33 | Rule 403 (prejudice) |
| PX-3 | 12/2/2004 | BH 0000083-87 | Rule 403 (prejudice); Rule 901 (authentication insufficient) |
| PX-4 | 9/15/2004 | BH 0000089-100 | Rule 401 (irrelevant); Rule 403 (confusion, prejudice) |
| PX-5 | 3/24/2005 | BH 0000102 | Rule 403 (prejudice, confusion); Rule 802 (hearsay) |
| PX-6 | | EY 000602 | Rule 106 (completeness); Rule 403 (confusion); Rule 802 (hearsay) |
| PX-7 | 3/11/2005 | EY 000606-12 | Rule 403 (prejudice); Rule 802 (hearsay) |
| PX-8 | 11/9/2004 | EY 001086-87 | N/A |
| PX-9 | 11/29/2004 | EY 001088-89 | Rule 802 (hearsay) |
| PX-10 | 11/29/2004 | EY 001125 | Rule 802 (hearsay); Rule 901 (authentication insufficient) |
| PX-11 | 8/30/2004 | EY 001268-72 | Rule 106 (completeness); Rule 403 (confusion); Rule 802 (hearsay); Rule 901 (authentication insufficient) |
| PX-12 | 3/8/2005 | EY 002134-35 | Rule 106 (completeness); Rule 403 (confusion) |
| PX-13 | 8/2/2005 | EY 002702-11 | Rule 802 (hearsay) |
| PX-14 | | EY 003807-26 | Rule 106 (completeness); Rule 403 (confusion); 802 (hearsay) |
| PX-15 | | EY 004019-20 | Rule 403 (prejudice, confusion) |
| PX-16 | | EY 004212-13 | Rule 802 (hearsay) |
| PX-17 | | EY 004773 | Rule 802 (hearsay) |
| PX-18 | | EY 004989-5026 | Rule 802 (hearsay); Rule 403 (prejudice) |
| PX-19 | | EY 004990 | Rule 802 (hearsay); Rule 403 (prejudice) |
| PX-20 | | EY 005003 | Rule 802 (hearsay); Rule 403 (prejudice) |
| PX-21 | | EY 005025-26 | Rule 403 (prejudice); Rule 802 (hearsay) |
| PX-22 | | EY 005027-33 | Rule 403 (prejudice); Rule 802 (hearsay) |
| PX-23 | | EY 005034-48 | Rule 403 (prejudice); Rule 802 (hearsay) |
| PX-24 | | EY 005088 | Rule 802 (hearsay) |
| PX-25 | | EY 005416-550 | Rule 802 (hearsay) |
| PX-26 | 4/15/2004 | EY 005978-6003 | Rule 403 (prejudice, confusion) |
| PX-27 | 7/22/2004 | EY 007077-81 | Rule 401 (irrelevant); 403 (confusion, prejudice) |
| PX-28 | 7/21/2004 | EY 007094-109 | Rule 401 (irrelevant); Rule 403 (confusion, prejudice); Rule 802 (hearsay) |
| PX-29 | | EY-BC 000044-45 | Rule 403 (confusion); Rule 802 (hearsay) |
| PX-30 | 11/8/2004 | EY-EF-AAFRE 000515-24 | Rule 403 (confusion); Rule 802 (hearsay) |
| PX-31 | | EY-EF-AAFRE 001249-53 | Rule 403 (confusion) |
| PX-32 | 3/8/2005 | EY-EF-AAFRE 001683-96 | Rule 403 (prejudice); Rule 802 (hearsay) |
| PX-33 | 11/8/2004 | EY-EF-AAFRE 002214-16 | N/A |
| PX-34 | **Feb-05** | EY-EF-AAFRE 002538-39 | N/A |
| PX-35 | 1/6/2004 | EY-EM-DBON 00009-13 | Rule 401 (irrelevant); Rule 403 (prejudice, confusion) |

| PX- # | Date | Bates Range | Objections |
|---|---|---|---|
| PX-36 | 2/4/2004 | EY-EM-DBON 000042-50 | Rule 401 (irrelevant); Rule 403 (prejudice); Rule 802 (hearsay) |
| PX-37 | | EY-EM-DBON 000051 | Rule 401(irrelevant); Rule 403 (prejudice); Rule 802 (hearsay) |
| PX-38 | 11/23/2005 | EY-EM-JPET 000099-100 | Rule 802 (hearsay) |
| PX-39 | 3/10/2005 | EY-EM-PRYK 000282-84 | Rule 403 (confusion); Rule 802 (hearsay) |
| PX-40 | 2/15/2005 | EY-EM-PRYK 000285-87 | Rule 802 (hearsay); Rule 403 (prejudice, confusion) |
| PX-41 | 12/31/2004 | EY-Veeco-AWS-04 0000040-45 | Rule 802 (hearsay); Rule 403 (prejudice, confusion); Rule 901 (authentication insufficient) |
| PX-42 | | EY-Veeco-AWS-04 000119-28 | Rule 403 (prejudice, confusion); Rule 802 (hearsay) |
| PX-43 | | HB 0001-07 | Rule 403 (confusion, prejudice) |
| PX-44 | 8/20/2004 | HB 0008 | Rule 403 (prejudice, confusion) |
| PX-45 | 11/24/2004 | HB 0009 | Rule 403 (prejudice, confusion) |
| PX-46 | 7/9/2004 | HB 0010 | N/A |
| PX-47 | 1/18/2005 | JW 001-05 | N/A |
| PX-48 | 10/13/2004 | N&C 0047-51 | N/A |
| PX-49 | | PL 25-43 | Rule 802 (hearsay); Rule 403 (prejudice, misleading, confusion) |
| PX-50 | 2/14/2005 | PZC 0032-38 | N/A |
| PX-51 | | SPT 01-02 | N/A |
| PX-52 | | SPT 03-08 | N/A |
| PX-53 | 4/7/2005 | SPT 09-10 | N/A |
| PX-54 | 11/4/2005 | SPT 11-12 | N/A |
| PX-55 | | SPT 13-21 | N/A |
| PX-56 | 6/26/2004 | VECO 0116046 | Rule 106 (completeness); Rule 403 (confusion) |
| PX-57 | 3/31/2004 | VECO 0001373-84 | N/A |
| PX-58 | 6/10/2005 | VECO 0001536-65 | Rule 401 (irrelevant) |
| PX-59 | 11/19/2003 | VECO 0003034 | Rule 802 (hearsay) |
| PX-60 | 2/24/2004 | VECO 0008789-92 | Rule 403 (prejudice); Rule 802 (hearsay) |
| PX-61 | 2/16/2004 | VECO 0009342-43 | Rule 403 (confusion); Rule 802 (hearsay) |
| PX-62 | 7/12/2004 | VECO 00115826-30 | Intentionally left blank -- see PX-187 |
| PX-63 | | VECO 0012465-67 | N/A |
| PX-64 | 2/6/2004 | VECO 0016806 | Rule 802 (hearsay); 403 (confusion, prejudice) |
| PX-65 | | VECO 0017196-219 | N/A |
| PX-66 | 1/21/2004 | VECO 0017502-05 | Rule 403 (confusion, prejudice) |
| PX-67 | 3/25/2004 | VECO 0017955-56 | Rule 403 (confusion, prejudice) |
| PX-68 | 7/24/2004 | VECO 0018068-69 | Rule 403 (confusion, prejudice) |
| PX-69 | 6/24/2004 | VECO 0018070-71 | Rule 403 (confusion, prejudice) |
| PX-70 | 6/25/2004 | VECO 0018072-74 | Rule 403 (confusion, prejudice); Rule 802 (hearsay) |
| PX-71 | 9/21/2004 | VECO 0018537-42 | Rule 401 (irrelevant); Rule 403 (confusion, prejudice) |
| PX-72 | 10/22/2004 | VECO 0018607-09 | Rule 401 (irrelevant); Rule 403 (confusion, prejudice) |

| PX- # | Date | Bates Range | Objections |
|---|---|---|---|
| PX-73 | 7/12/2004 | VECO 0018855-57 | Rule 403 (confusion, prejudice) |
| PX-74 | 8/25/2004 | VECO 0018876-80 | Rule 403 (confusion, prejudice) |
| PX-75 | 1/9/2004 | VECO 0019135-48 | Rule 401 (irrelevant); Rule 403 (waste of time, prejudice); Rule 802 (hearsay) |
| PX-76 | | VECO 0019251-54 | Rule 403 (confusion, prejudice) |
| PX-77 | | VECO 0019256-62 | Rule 403 (confusion, prejudice) |
| PX-78 | | VECO 0019275-76 | Rule 403 (confusion, prejudice) |
| PX-79 | | VECO 0019280 | Rule 403 (confusion, prejudice) |
| PX-80 | | VECO 0019422-33 | Rule 403 (confusion, prejudice) |
| PX-81 | | VECO 0019437 | Rule 403 (confusion, prejudice) |
| PX-82 | 4/15/2004 | VECO 0021263-64 | Rule 106 (completeness); 403 (prejudice) |
| PX-83 | 4/6/2004 | VECO 0024161-73 | N/A |
| PX-84 | 5/25/2004 | VECO 0024927-30 | Rule 403 (confusion, prejudice) |
| PX-85 | 7/22/2004 | VECO 0025192 | Rule 802 (hearsay); Rule 403 (confusion, prejudice) |
| PX-86 | 9/20/2004 | VECO 0025260-61 | Rule 802 (hearsay); 403 (confusion, prejudice) |
| PX-87 | 10/4/2004 | VECO 0025264-67 | Rule 802 (hearsay); 403 (confusion, prejudice) |
| PX-88 | 7/29/2004 | VECO 0025321 | Rule 403 (confusion, prejudice) |
| PX-89 | 12/23/2004 | VECO 0025339 | Rule 403 (confusion, prejudice) |
| PX-90 | 5/28/2004 | VECO 0025405-06 | Rule 403 (confusion, prejudice) |
| PX-91 | 1/4/2005 | VECO 0025586-613 | Rule 401 (irrelevant); Rule 403 (prejudice) |
| PX-92 | **Mar-04** | VECO 0025979-84 | Rule 403 (prejudice, confusion) |
| PX-93 | 1/11/2005 | VECO 0026299-327 | Rule 403 (prejudice, confusion) |
| PX-94 | 12/18/2004 | VECO 0026386-87 | Rule 403 (prejudice, confusion) |
| PX-95 | | VECO 0026463-506 | Rule 403 (prejudice, confusion) |
| PX-96 | 11/29/2004 | VECO 0026876 | Rule 403 (prejudice, confusion) |
| PX-97 | 12/21/2004 | VECO 0028160-61 | Rule 403 (prejudice, confusion) |
| PX-98 | 7/27/2004 | VECO 0028328-29 | Rule 403 (prejudice, confusion); Rule 802 (hearsay) |
| PX-99 | 5/21/2004 | VECO 0028355-59 | Rule 403 (prejudice, confusion); Rule 802 (hearsay) |
| PX-100 | 5/4/2004 | VECO 0028360-61 | Rule 403 (prejudice, confusion); Rule 802 (hearsay) |
| PX-101 | 8/11/2004 | VECO 0028362-63 | Rule 403 (prejudice, confusion); Rule 802 (hearsay) |
| PX-102 | 8/11/2004 | VECO 0028383-85 | Rule 403 (prejudice, confusion); Rule 802 (hearsay) |
| PX-103 | 9/21/2004 | VECO 0028540-41 | Rule 403 (prejudice, confusion); Rule 802 (hearsay) |
| PX-104 | 8/5/2004 | VECO 0028561 | Rule 403 (prejudice, confusion) |
| PX-105 | 2/3/2004 | VECO 0034727-62 | Rule 403 (prejudice, confusion); Rule 802 (hearsay) |
| PX-106 | 11/8/2004 | VECO 0050309-10 | Rule 403 (prejudice, confusion) |

| PX- # | Date | Bates Range | Objections |
|---|---|---|---|
| PX-107 | 8/2/2004 | VECO 0050633-42 | Rule 403 (prejudice, confusion); Rule 802 (hearsay) |
| PX-108 | 4/28/2004 | VECO 0050659-63 | Rule 403 (prejudice, confusion); Rule 802 (hearsay) |
| PX-109 | 8/5/2004 | VECO 0051459-60 | Rule 403 (prejudice, confusion) |
| PX-110 | 10/16/2004 | VECO 0052262-67 | 403 (confusion, prejudice, misleading) |
| PX-111 | 10/30/2004 | VECO 0053002-05 | Rule 403 (prejudice, confusion); Rule 802 (hearsay) |
| PX-112 | 10/3/2004 | VECO 0053131 | Rule 106 (completeness); Rule 403 (prejudice, confusion) |
| PX-113 | 10/25/2004 | VECO 0053155-56 | Rule 403 (prejudice, confusion) |
| PX-114 | 2/12/2005 | VECO 0053288-90 | Rule 403 (prejudice, confusion) |
| PX-115 | 6/22/2004 | VECO 0060356-59 | Rule 403 (prejudice, confusion) |
| PX-116 | 4/21/2004 | VECO 0060825 | Rule 403 (prejudice, confusion) |
| PX-117 | 6/9/2004 | VECO 0061885-86 | Rule 403 (prejudice, confusion) |
| PX-118 | 7/5/2004 | VECO 0061961-70 | Rule 401 (irrelevant); Rule 403 (prejudice) |
| PX-119 | 8/20/2004 | VECO 0062255-65 | Rule 401 (irrelevant); 403 (prejudice, confusion) |
| PX-120 | 9/16/2004 | VECO 0062438 | Rule 401 (irrelevant); Rule 403 (prejudice) |
| PX-121 | 10/7/2004 | VECO 0063784-91 | Rule 403 (prejudice, confusion) |
| PX-122 | 11/9/2004 | VECO 0063834-38 | Rule 403 (prejudice, confusion) |
| PX-123 | 11/23/2004 | VECO 0063839-44 | Rule 403 (prejudice, confusion) |
| PX-124 | 7/5/2005 | VECO 0065375-76 | Rule 403 (prejudice, confusion) |
| PX-125 | 11/17/2004 | VECO 0066484-91 | Rule 403 (prejudice, confusion); Rule 802 (hearsay) |
| PX-126 | 10/19/2004 | VECO 0067181-84 | Rule 403 (prejudice, confusion) |
| PX-127 | 6/8/2004 | VECO 0072172-74 | Rule 403 (prejudice, confusion) |
| PX-128 | 7/20/2004 | VECO 0072183-87 | Rule 403 (prejudice, confusion) |
| PX-129 | 7/29/2004 | VECO 0072205 | Rule 403 (prejudice, confusion) |
| PX-130 | 8/18/2004 | VECO 0073390-93 | Rule 401 (irrelevant); Rule 403 (prejudice, confusion) |
| PX-131 | 10/4/2004 | VECO 0073812-26 | Rule 403 (prejudice, confusion) |
| PX-132 | 10/21/2004 | VECO 0074137-69 | Rule 403 (prejudice, confusion) |
| PX-133 | 11/1/2004 | VECO 0075709-10 | N/A |
| PX-134 |  | VECO 0079637-38 | Rule 403 (prejudice, confusion) |
| PX-135 | 3/9/2005 | VECO 0079678-79 | Rule 403 (prejudice, confusion) |
| PX-136 | 11/1/2004 | VECO 0080842-45 | Rule 802 (hearsay); Rule 403 (prejudice, confusion) |
| PX-137 | 12/10/2004 | VECO 0081003-04 | Rule 403 (prejudice, confusion) |
| PX-138 | 11/8/2004 | VECO 0081055 | Rule 403 (prejudice, confusion); Rule 802 (hearsay) |

| PX- # | Date | Bates Range | Objections |
|---|---|---|---|
| PX-139 | 10/8/2004 | VECO 0083424 | Rule 403 (prejudice, confusion) |
| PX-140 | 9/10/2004 | VECO 0083461-64 | Rule 403 (prejudice, confusion); Rule 802 (hearsay) |
| PX-141 | | VECO 0088903 | Rule 403 (prejudice, confusion) |
| PX-142 | | VECO 0088912 | Rule 403 (prejudice, confusion) |
| PX-143 | | VECO 0088915 | Rule 403 (prejudice, confusion) |
| PX-144 | | VECO 0089334-35 | Rule 403 (prejudice, confusion) |
| PX-145 | 9/15/2004 | VECO 0090350 | Rule 403 (prejudice, confusion) |
| PX-146 | 7/15/2004 | VECO 0091663-76 | N/A |
| PX-147 | 9/20/2004 | VECO 0092153-54 | Rule 403 (prejudice, confusion) |
| PX-148 | 10/12/2004 | VECO 0093582 | Rule 403 (prejudice, confusion) |
| PX-149 | 11/9/2004 | VECO 0094176 | Rule 901(authentication insufficient); Rule 403 (misleading, prejudice); Rule 802 (hearsay) |
| PX-150 | 11/10/2004 | VECO 0094717-18 | Rule 403 (prejudice, confusion) |
| PX-151 | 10/21/2004 | VECO 0094720-22 | Rule 403 (confusion); Rule 901 (authentication insufficient) |
| PX-152 | 10/15/2003 | VECO 0095484-542 | Rule 802 (hearsay); Rule 403 (confusion) |
| PX-153 | 9/5/2003 | VECO 0095674-76 | Rule 401 (irrelevant) |
| PX-154 | | VECO 0095681-84 | Rule 106 (completeness); Rule 401 (irrelevant) |
| PX-155 | **Oct-03** | VECO 0095724-28 | Rule 802 (hearsay); Rule 403 (prejudice, confusion) |
| PX-156 | 10/12/2004 | VECO 0095818 | Rule 403 (prejudice, confusion) |
| PX-157 | 10/19/2004 | VECO 0095819-24 | Rule 403 (confusion, prejudice) |
| PX-158 | | VECO 0095828-30 | Rule 403 (confusion) |
| PX-159 | | VECO 0095894-04 | Rule 802 (hearsay); Rule 403 (confusion) |
| PX-160 | 9/30/2003 | VECO 0096872-76 | Rule 106 (completeness); Rule 802 (hearsay); Rule 403 (confusion, prejudice) |
| PX-161 | 1/17/2005 | VECO 0097504 | Rule 403 (prejudice) |
| PX-162 | 9/17/2004 | VECO 0098347-48 | Rule 403 (confusion, prejudice) |
| PX-163 | 9/16/2004 | VECO 0098350 | Rule 403 (confusion, prejudice); Rule 802 (hearsay) |
| PX-164 | 10/21/2004 | VECO 0099490-506 | 403 (confusion, prejudice); Rule 802 (hearsay) |
| PX-165 | 6/30/2004 | VECO 0099785-808 | N/A |
| PX-166 | 6/30/2004 | VECO 0099809-64 | N/A |
| PX-167 | 10/7/2004 | VECO 0101695-96 | Rule 403 (confusion, prejudice) |
| PX-168 | 10/16/2004 | VECO 0102316-21 | Rule 403 (confusion, prejudice); Rule 901 (authentication insufficient) |
| PX-169 | 10/21/2004 | VECO 0102520-29 | Rule 403 (prejudice, confusion) |
| PX-170 | 10/26/2004 | VECO 0102636-38 | Rule 403 (prejudice, confusion) |
| PX-171 | 9/9/2004 | VECO 0103031 | Rule 403 (confusion) |
| PX-172 | 9/21/2004 | VECO 0103387 | Rule 403 (confusion) |
| PX-173 | 6/29/2004 | VECO 0103803-04 | Rule 403 (prejudice, confusion) |
| PX-174 | 6/30/2004 | VECO 0103807-09 | Rule 802 (hearsay); Rule 403 (prejudice, confusion) |

| PX- # | Date | Bates Range | Objections |
|---|---|---|---|
| PX-175 | 6/30/2004 | VECO 0103819-20 | Rule 106 (completeness); Rule 403 (confusion, prejudice) |
| PX-176 | 7/15/2004 | VECO 0104280 | Rule 403 (prejudice, confusion) |
| PX-177 | 7/15/2004 | VECO 0104281-84 | N/A |
| PX-178 | 7/16/2004 | VECO 0104414-15 | Rule 403 (prejudice) |
| PX-179 | 7/19/2004 | VECO 0104423-24 | Rule 403 (prejudice) |
| PX-180 | 7/20/2004 | VECO 0104501-05 | Rule 403 (confusion, prejudice); Rule 802 (hearsay) |
| PX-181 | 8/6/2004 | VECO 0108937-38 | Rule 403 (prejudice) |
| PX-182 | 6/18/2004 | VECO 0113821 | Rule 403 (prejudice, confusion) |
| PX-183 | 6/23/2004 | VECO 0113933-56 | Rule 403 (prejudice, confusion) |
| PX-184 | 6/23/2004 | VECO 0113985 | Rule 403 (prejudice, confusion) |
| PX-185 | 4/28/2004 | VECO 0114738 | Rule 403 (prejudice, confusion) |
| PX-186 | 5/5/2005 | VECO 0114936-37 | Rule 403 (prejudice/confusion - "Ed is continuing to push $22M/2.2M") |
| PX-187 | 7/1/2005 | VECO 0115826-30 | Rule 403 (prejudice, confusion); Rule 802 (hearsay) |
| PX-188 | 7/7/2004 | VECO 0115856-57 | Rule 403 (prejudice, confusion) |
| PX-189 | 6/16/2004 | VECO 0116016-17 | N/A |
| PX-190 | 4/26/2004 | VECO 0116873-74 | Rule 403 (prejudice, confusion) |
| PX-191 | 4/27/2004 | VECO 0116882 | Rule 403 (prejudice, confusion) |
| PX-192 | 5/12/2004 | VECO 0117298-300 | Rule 401 (irrelevant); Rule 403 (confusion, prejudice); Rule 802 (hearsay) |
| PX-193 | 5/17/2004 | VECO 0117319 | Rule 403 (prejudicial /confusion- Huff/Kiernan email regarding Controller position - no relation to Complaint allegations) |
| PX-194 | 10/19/2004 | VECO 0122660-93 | Rule 403 (prejudice, confusion) |
| PX-195 | 10/26/2004 | VECO 0122720-21 | Rule 403 (prejudice, confusion) |
| PX-196 | 11/4/2004 | VECO 0122829-30 | Rule 403 (prejudice, confusion) |
| PX-197 | 12/7/2004 | VECO 0123049-50 | Rule 403 (prejudice, confusion) |
| PX-198 | 1/9/2005 | VECO 0123322-26 | Rule 403 (prejudice, confusion) |
| PX-199 | 2/28/2005 | VECO 0123359-64 | Rule 802 (hearsay) |
| PX-200 | 2/7/2005 | VECO 0124171-95 | Rule 401(irrelevant); Rule 403 (confusion) |
| PX-201 | 11/10/2004 | VECO 0124773-74 | Rule 403 (prejudice, confusion) |
| PX-202 | 11/5/2005 | VECO 0125483-84 | Rule 403 (prejudice, confusion) |
| PX-203 | 6/11/2004 | VECO 0125752-57 | Rule 403 (prejudice); 802 (hearsay) |
| PX-204 | 10/20/2004 | VECO 0129134-35 | Rule 802 (hearsay); Rule 403 (confusion); Rule 901 (authentication insufficient) |
| PX-205 | 10/7/2004 | VECO 0129908-81 | Rule 403 (prejudice, confusion); Rule 802 (hearsay) |
| PX-206 | | VECO 0130052 | Rule 403 (confusion) |
| PX-207 | 10/31/2004 | VECO 0130061 | Rule 403 (confusion, prejudice) |

| PX- # | Date | Bates Range | Objections |
|---|---|---|---|
| PX-208 | | VECO 0130063 | Rule 403 (confusion, prejudice) |
| PX-209 | 1/27/2005 | VECO 0130081-86 | Rule 403 (confusion, prejudice) |
| PX-210 | 3/23/2004 | VECO 0130350-792 | N/A |
| PX-211 | 2/3/2004 | VECO 0131460-95 | Rule 403 (prejudice, confusion); Rule 802 (hearsay) |
| PX-212 | 9/9/2004 | VECO 0132023-27 | Rule 403 (prejudice, confusion) |
| PX-213 | 6/10/2004 | VECO 0132125-36 | Rule 401 (irrelevant); Rule 403 (confusion) |
| PX-214 | 5/20/2004 | VECO 0133072-133 | N/A |
| PX-215 | 4-May | VECO 0134373-74 | Rule 403 (prejudice, confusion) |
| PX-216 | 11/1/2004 | VECO 0138948-50 | Rule 403 (prejudice, confusion); Rule 802 (hearsay) |
| PX-217 | 12/28/2004 | VECO 0139092-93 | Rule 403 (prejudice, confusion) |
| PX-218 | 12/6/2004 | VECO 0144047-48 | Rule 403 (prejudice, confusion) |
| PX-219 | 11/29/2004 | VECO 0144310-69 | Rule 403 (prejudice, confusion) |
| PX-220 | | VECO 0148115-27 | Rule 403 (prejudice, confusion) |
| PX-221 | 12/22/2004 | VECO 0148177-81 | Rule 403 (prejudice, confusion) |
| PX-222 | 11/8/2004 | VECO 0148183-93 | N/A |
| PX-223 | | VECO 0148749 | Rule 403 (prejudice, confusion) |
| PX-224 | 12/30/2004 | VECO 0154303-07 | Rule 403 (prejudice, confusion) |
| PX-225 | 12/18/2004 | VECO 0154707 | Rule 106 (completeness); Rule 403 (prejudice, confusion) |
| PX-226 | 11/8/2004 | VECO 0160858 | Rule 403 (prejudice, confusion); Rule 802 (hearsay) |
| PX-227 | 11/7/2004 | VECO 0160859 | Rule 403 (prejudice, confusion); Rule 802 (hearsay) |
| PX-228 | 10/18/2004 | VECO 0160860-61 | Rule 403 (prejudice, confusion) |
| PX-229 | 1/25/2005 | VECO 0160916-18 | Rule 403 (prejudice, confusion) |
| PX-230 | 1/25/2005 | VECO 0160928-30 | Rule 403 (prejudice, confusion) |
| PX-231 | 10/14/2004 | VECO 0160940-41 | Rule 403 (prejudice, confusion) |
| PX-232 | 12/29/2004 | VECO 0161872-75 | Rule 403 (prejudice, confusion) |
| PX-233 | 12/30/2004 | VECO 0161907-08 | Rule 403 (prejudice, confusion) |
| PX-234 | 1/17/2005 | VECO 0166418-20 | Rule 403 (prejudice, confusion) |
| PX-235 | 10/22/2004 | VECO 0166455-56 | Rule 403 (prejudice, confusion) |
| PX-236 | 11/2/2004 | VECO 0166505-07 | Rule 403 (prejudice, confusion) |
| PX-237 | | VECO 0166886-88 | Rule 403 (prejudice, confusion) |
| PX-238 | 11/24/2004 | VECO 0172140-42 | Rule 403 (prejudice, confusion) |
| PX-239 | 10/22/2004 | VECO 0172350 | Rule 403 (prejudice, confusion) |
| PX-240 | 10/13/2004 | VECO 0172644 | Rule 403 (prejudice, confusion) |

| PX- # | Date | Bates Range | Objections |
|---|---|---|---|
| PX-241 | 10/8/2004 | VECO 0173349 | N/A |
| PX-242 | 11/17/2004 | VECO 0176009-60 | Rule 403 (prejudice, confusion) |
| PX-243 | 8/26/2004 | VECO 0177324-26 | Rule 401 (irrelevant), Rule 403 (confusion) |
| PX-244 | 12/16/2004 | VECO 0183307-10 | Rule 403 (confusion, prejudice) |
| PX-245 | 11/4/2004 | VECO 0186026 | Rule 403 (confusion, prejudice) |
| PX-246 | 8/5/2004 | VECO 0191865-66 | Rule 403 (confusion, prejudice) |
| PX-247 | 10/12/2004 | VECO 0191874 | Rule 401 (irrelevant), 403 (confusion, prejudice) |
| PX-248 | 8/24/2004 | VECO 0191888-90 | Rule 403 (confusion, prejudice) |
| PX-249 | 8/24/2004 | VECO 0191896 | Rule 403 (confusion, prejudice) |
| PX-250 | 10/1/2004 | VECO 0191948 | N/A |
| PX-251 | 10/12/2004 | VECO 0191953 | Rule 403 (confusion, prejudice) |
| PX-252 | 10/7/2004 | VECO 0191984 | Rule 403 (confusion, prejudice) |
| PX-253 | 10/7/2004 | VECO 0191985-86 | Rule 403 (confusion, prejudice) |
| PX-254 | 10/5/2004 | VECO 0192143-44 | Rule 403 (confusion, prejudice) |
| PX-255 | 11/2/2001 | VECO 0192188-92 | Rule 403 (confusion) |
| PX-256 | 12/30/2004 | VECO 0192193-95 | Rule 403 (confusion, prejudice) |
| PX-257 | 12/20/2004 | VECO 0192196 | Rule 403 (confusion, prejudice) |
| PX-258 | 12/27/2004 | VECO 0192494-96 | Rule 403 (confusion, prejudice) |
| PX-259 | 12/13/2004 | VECO 0192580 | Rule 403 (confusion, prejudice) |
| PX-260 | 12/13/2004 | VECO 0192581-82 | Rule 403 (confusion, prejudice) |
| PX-261 | 12/14/2004 | VECO 0192589-90 | N/A |
| PX-262 | 12/14/2004 | VECO 0192599-600 | Rule 401 (irrelevant); Rule 403 (confusion, prejudice) |
| PX-263 | 8/12/2004 | VECO 0201158 | Rule 403 (prejudice, confusion) |
| PX-264 | 8/12/2004 | VECO 0201160 | Rule 403 (prejudice, confusion) |
| PX-265 | 11/23/2004 | VECO 0202626-28 | Rule 401 (irrelevant); Rule 403 (prejudice, confusion) |
| PX-266 | 11/8/2004 | VECO 0203759-61 | Rule 403 (confusion, prejudice); Rule 802 (hearsay) |
| PX-267 | 11/1/2004 | VECO 0203839 | Rule 403 (prejudice, confusion) |
| PX-268 | 11/1/2004 | VECO 0203840-41 | Rule 403 (prejudice, confusion) |
| PX-269 | 9/10/2004 | VECO 0203842-43 | Rule 106 (completeness); Rule 403 (prejudice, confusion) |
| PX-270 | 12/31/2004 | VECO 0203854-61 | Rule 403 (confusion) |
| PX-271 | 8/20/2004 | VECO 0204269 | Rule 403 (prejudice) |
| PX-272 | 8/2/2004 | VECO 0204416 | Rule 403 (confusion, prejudice) |
| PX-273 | 12/21/2004 | VECO 0205582 | Rule 403 (confusion, prejudice) |
| PX-274 | 8/17/2004 | VECO 0213379-96 | N/A |
| PX-275 | 7/21/2004 | VECO 0213825-98 | Rule 403 (confusion, prejudice) |
| PX-276 | 3/13/2004 | VECO 0500001-09 | Rule 403 (confusion, prejudice); Rule 802 (hearsay) |
| PX-277 | 5/28/2004 | VECO 0500079-83 | Rule 403 (confusion, prejudice); Rule 802 (hearsay) |
| PX-278 | 4/30/2004 | VECO 0500132-36 | Rule 403 (confusion, prejudice); Rule 802 (hearsay) |
| PX-279 | 4/21/2004 | VECO 0501542-55 | Rule 403 (confusion, prejudice) |
| PX-280 | 10/31/2004 | VECO 0503162 | Rule 403 (confusion, prejudice) |
| PX-281 | 3/15/2005 | VECO 0507366-67 | Rule 802 (hearsay) |
| PX-282 | 3/14/2005 | VECO 0507368-70 | N/A |
| PX-283 | 3/2/2005 | VECO 0507371-75 | N/A |
| PX-284 | 3/1/2005 | VECO 0507376-79 | N/A |
| PX-285 | 2/9/2005 | VECO 0507380-81 | N/A |
| PX-286 | 2/9/2005 | VECO 0507382-83 | N/A |

| PX- # | Date | Bates Range | Objections |
|---|---|---|---|
| PX-287 | 2/4/2005 | VECO 0507384-85 | N/A |
| PX-288 | 2/4/2005 | VECO 0507386-87 | N/A |
| PX-289 | 1/17/2005 | VECO 0507388-89 | N/A |
| PX-290 | 1/17/2005 | VECO 0507390-91 | N/A |
| PX-291 | 12/22/2004 | VECO 0507392-94 | N/A |
| PX-292 | 12/9/2004 | VECO 0507395-96 | N/A |
| PX-293 | 11/29/2004 | VECO 0507397-98 | N/A |
| PX-294 | 11/9/2004 | VECO 0507399-400 | N/A |
| PX-295 | 11/4/2004 | VECO 0507401-02 | N/A |
| PX-296 | 10/21/2004 | VECO 0507403-04 | N/A |
| PX-297 | 10/20/2004 | VECO 0507405-07 | N/A |
| PX-298 | 10/8/2004 | VECO 0507408-09 | N/A |
| PX-299 | 8/30/2004 | VECO 0507410-11 | N/A |
| PX-300 | 8/2/2004 | VECO 0507412-13 | N/A |
| PX-301 | 8/2/2004 | VECO 0507414-21 | N/A |
| PX-302 | 7/22/2004 | VECO 0507422-25 | N/A |
| PX-303 | 7/22/2004 | VECO 0507426-27 | N/A |
| PX-304 | 9/9/2004 | VECO 0507428-29 | N/A |
| PX-305 | 5/3/2004 | VECO 0507430-31 | N/A |
| PX-306 | 4/22/2004 | VECO 0507432-35 | N/A |
| PX-307 | 4/21/2004 | VECO 0507436-37 | N/A |
| PX-308 | 3/29/2004 | VECO 0507438-40 | N/A |
| PX-309 | 3/8/2004 | VECO 0507441-43 | N/A |
| PX-310 | 2/5/2004 | VECO 0507444-45 | N/A |
| PX-311 | 1/22/2004 | VECO 0507446-48 | N/A |
| PX-312 | 1/23/2004 | VECO 0507449-50 | N/A |
| PX-313 | 10/31/2003 | VECO 0507451-53 | N/A |
| PX-314 | 10/23/2003 | VECO 0507454 | N/A |
| PX-315 | 9/25/2003 | VECO 0511383-411 | Rule 403 (confusion, prejudice); Rule 802 (hearsay) |
| PX-316 | 10/8/2004 | VECO 0511698-745 | Rule 403 (confusion, prejudice) |
| PX-317 | 11/29/2004 | VECO 0511761-65 | Rule 403 (confusion, prejudice) |
| PX-318 | 12/22/2004 | VECO 0512074-84 | Rule 403 (confusion, prejudice) |
| PX-319 | 3/14/2005 | VECO 0512267-88 | Rule 403 (confusion, prejudice); Rule 802 (hearsay) |
| PX-320 | 2/14/2005 | VECO 0513631-34 | N/A |
| PX-321 | 9/30/2004 | VECO 0514036-50 | N/A |
| PX-322 | 6/30/2004 | VECO 0514051-67 | N/A |
| PX-323 | 12/11/2003 | VECO 0514151 | N/A |
| PX-324 | 6/30/2004 | VECO 0514690-07 | Rule 403 (confusion, prejudice) |
| PX-325 | 12/20/2006 | Excerpt from Huff Deposition (pp. 118-125) | Rule 802 (hearsay) |
| PX-326 | 5/9/2007 | Expert Report of Gary J. Levin (pp. 8-9) | Rule 106 (completeness) |
| PX-327 | 2/27/2007 | Excerpts of deposition transcript of John Kiernan [pp. 9-26] | Rule 401(irrelevant); Rule 403 (confusion, prejudice) |
| PX-328 | 2/28/2007 | Excerpts of deposition transcript of John Rein, Jr. [pp. 106, 162-169] | Rule 401 (irrelevant); Rule 403 (confusion, prejudice) |
| PX-329 | 2/23/2007 | Excerpts of deposition transcript Edward Braun [pp. 139-148] | Rule 401 (irrelevant), 403 (confusion, prejudice) |

| PX- # | Date | Bates Range | Objections |
|---|---|---|---|
| PX-330 | 5/19/2004 | Letter in response to SEC comments from Rory Greiss re: 10-K | N/A |
| PX-331 | 4/26/2004 | Needham & Co analyst report 5/19/04 | N/A |
| PX-332 | 7/26/2004 | Smith Barney Citigroup analyst report 4/26/04 | N/A |
| PX-333 | 7/26/2004 | Needham & Co analyst report 7/26/04 | N/A |
| PX-334 | 7/26/2004 | WR Hambrecht analyst 7/26/04 | N/A |
| PX-335 | 9/8/2004 | Smith Barney Citigroup Technology Conference 9/8/04 | Rule 403 (confusion) |
| PX-336 | 2/11/2005 | WR Hambrecht analyst report 2/11/05 | N/A |
| PX-337 | 2/11/2005 | D.A. Davidson analyst report 2/11/05 | N/A |
| PX-338 | 2/11/2005 | Smith Barney Citigroup analyst report 2/11/05 | N/A |
| PX-339 | 2/14/2005 | Smith Barney Citigroup analyst report 2/14/05 | N/A |
| PX-340 | 2/14/2005 | Needham & Co analyst report 2/14/05 | N/A |
| PX-341 | 5/12/2005 | Steelworkers' Reply Memorandum of Law in Further Support of its motion for Appointments as Lead Plaintiff | N/A |
| PX-342 | 4/18/2005 | Steelworkers' Memorandum of Law in Support of its Motion for Appointment as Lead Plaintiff | N/A |
| PX-343 | 11/7/2005 | Consolidated Amended Class Action Complaint | N/A |
| PX-344 | 12/6/2005 | Fox Assets' Master Transactions summary from 1/2/1997 to 11/28/2005 | Rule 401 (irrelevant) |
| PX-345 | | Steelworkers Statement of Account 5/1/05 to 5/31/05 | N/A |
| PX-346 | 8/25/2006 | Affidavit of John F. Rein dated 8/25/2006 | N/A |
| PX-347 | 8/25/2006 | Declaration of Rory A. Greiss dated 8/25/2006 | N/A |
| PX-348 | 1/24/2007 | Revised Privilege Log for Veeco Instruments Inc. Janaury 24, 2007 | N/A |
| PX-349 | 1/24/2007 | Revised Privilege Log of Ernst & Young Documents January 24, 2007 | N/A |
| PX-350 | 2/23/2007 | Declaration of Herman Birnbaum 2/23/2007 | Rule 401 (irrelevant), 403 (confusion, prejudice) |

| PX- # | Date | Bates Range | Objections |
|---|---|---|---|
| PX-351 | | Chart: Steelworkers Transactions in Veeco Instruments, Inc. Class Period 11/3/2003-2/10/2005 | N/A |
| PX-352 | | Chart: Steelworkers Transactions in Veeco Instruments, Inc. Class Period 4/26/2004-2/10/2005 | N/A |
| PX-353 | | Chart: Steelworkers Transactions in Veeco Instruments, Inc. Class Period 4/26/2004-2/10/2005 Using FIFO | Rule 901 (authentication insufficient) |
| PX-354 | | Preliminary Expert Report of Robert W. Berliner, CPA, CFE | Rule 403 (confusion, prejudice); Rule 704 (ultimate issue); Rule 802 (hearsay) |
| PX-355 | | Expert Report on Damages and Loss Causation by Stephen P. Feinstein, Ph.D., CFA | Rule 403 (confusion, prejudice); Rule 704 (ultimate issue); Rule 802 (hearsay) |
| PX-356 | 2/1/2005 | Article, Feb. 11, 2005, Compoundsemiconductor.net, "Accounts fiasco sees heads roll at Veeco TurboDisc" | Rule 403 (confusion, prejudice) |
| PX-357 | 3/31/2004 | 10-Q Emcore Corp dated March 31, 2004 | Rule 401 (irrelevant); Rule 403 (prejudice, confusion) |
| PX-358 | 12/31/2003 | 10-K | Rule 401 (irrelevant) |
| PX-359 | 12/31/2004 | 10-K | N/A |
| PX-360 | 12/31/2005 | 10-K | Rule 401 (irrelevant) |
| PX-361 | 12/31/2004 | Annual Report to Shareholders | N/A |
| PX-362 | 3/31/2003 | 10-Q | Rule 401 (irrelevant); Rule 403 (confusion, prejudice) |
| PX-363 | 6/30/2003 | 10-Q | Rule 401 (irrelevant); Rule 403 (confusion, prejudice) |
| PX-364 | 9/30/2003 | 10-Q | Rule 401 (irrelevant); Rule 403 (confusion, prejudice) |
| PX-365 | 3/31/2004 | 10-QA | N/A |
| PX-366 | 3/31/2004 | 10-Q | N/A |
| PX-367 | 6/30/2004 | 10-Q | N/A |
| PX-368 | 6/30/2004 | 10-QA | N/A |
| PX-369 | 9/30/2004 | 10-Q | N/A |
| PX-370 | 9/30/2004 | 10-QA | N/A |
| PX-371 | 3/31/2005 | 10-Q | N/A |
| PX-372 | 6/3/2005 | 10-Q | Rule 401 (irrelevant); Rule 403 (confusion, prejudice) |
| PX-373 | 9/30/2005 | 10-Q | Rule 401 (irrelevant); Rule 403 (confusion, prejudice) |
| PX-374 | 4/3/2003 | Sched 14A | Rule 401 (irrelevant); Rule 403 (confusion, prejudice) |
| PX-375 | 5/7/2004 | Sched. 14A | N/A |

| PX- # | Date | Bates Range | Objections |
|---|---|---|---|
| PX-376 | 5/25/2005 | Sched. 14A | Rule 401 (irrelevant); Rule 403 (confusion, prejudice) |
| PX-377 | 3/31/2006 | Sched 14A | Rule 401 (irrelevant); Rule 403 (confusion, prejudice) |
| PX-378 | 11/3/2003 | 8-K | N/A |
| PX-379 | 11/18/2003 | 8-K | Rule 401 (irrelevant); Rule 403 (confusion, prejudice) |
| PX-380 | 2/6/2004 | 8-K | Rule 401 (irrelevant); Rule 403 (confusion, prejudice) |
| PX-381 | 4/26/2004 | 8-K | N/A |
| PX-382 | 5/4/2004 | 8-K | N/A |
| PX-383 | 7/29/2004 | 8-K | N/A |
| PX-384 | 7/26/2004 | 8-K | N/A |
| PX-385 | 8/25/2004 | 8-K | Rule 401 (irrelevant); Rule 403 (confusion, prejudice) |
| PX-386 | 10/8/2004 | 8-K | Rule 401 (irrelevant); Rule 403 (confusion, prejudice) |
| PX-387 | 10/14/2004 | 8-K | N/A |
| PX-388 | 10/25/2004 | 8-K | N/A |
| PX-389 | 2/11/2005 | 8-K | N/A |
| PX-390 | 3/8/2005 | 8-K | N/A |
| PX-391 | 4/18/2005 | 8-K | Rule 401 (irrelevant) |
| PX-392 | 4/26/2005 | 8-K | Rule 401 (irrelevant) |
| PX-393 | 9/5/2006 | Defendants' Objections and Responses to Lead Plaintiff's First Set of Interrogatories, with verification | N/A |
| PX-394 | 5/9/2006 | Defendants' Objections and Responses to Plaintiff's Document Requests. | N/A |
| PX-395 | 1/31/2007 | Defendants' Objections and Responses to Lead Plaintiffs' First Requests for Admission, Second Set of Interrogatories and Second Document Requests, with verificaiton | N/A |
| PX-396 | 2/5/2007 | Defendants' Objections and Responses to Lead Plaintiffs' Third Set of Interrogatories and Third Document Requests, with verificaiton | N/A |
| PX-397 | 5/11/2007 | Defendants' Objections and Responses to Lead Plaintiff's Fourth Set of Interrogatories and Fourth Document Requests | N/A |
| PX-398 | 5/14/2007 | Kiernan Verification | N/A |
| PX-399 | 2/11/2003 | Veeco Q1 and Year-End 2002 Results Press Release | Rule 401 (irrelevant) |
| PX-400 | 11/3/2003 | Veeco Press Release | N/A |

| PX- # | Date | Bates Range | Objections |
|---|---|---|---|
| PX-401 | 2/6/2004 | Veeco Q4 2003 and Year-End Press Release | Rule 401 (irrelevant) |
| PX-402 | 4/26/2004 | Veeco Q1 2004 Press Release | N/A |
| PX-403 | 7/26/2004 | Veeco Q2 2004 and Six Month Resluts Press Release | N/A |
| PX-404 | 10/12/2004 | Veeco Press Release pre-announcing Q3 results | N/A |
| PX-405 | 10/25/2004 | Veeco Q3 and Nine Month Results Press Release | N/A |
| PX-406 | 2/11/2005 | Veeco Press Release | N/A |
| PX-407 | 3/16/2005 | Veeco Presss Release reporting Reuslsts for Fourth Quarter and Year-Ended 2004 | N/A |
| PX-408 | 11/3/2003 | Veeco MOCVD Transaction Conference Call transcript | N/A |
| PX-409 | 2/6/2004 | Q4 2003 Veeco Instruments Inc. Earnings Conference Call Transcript | Rule 401 (irrelevant); Rule 403 (confusion, prejudice) |
| PX-410 | 4/26/2004 | Q1 2004 Veeco Instruments Inc. Earnings Conference Call Transcript | Rule 401 (irrelevant); Rule 403 (confusion, prejudice) |
| PX-411 | 7/26/2004 | Q2 2004 Veeco Instruments Inc. Earnings Conference Call Transcript | Rule 401 (irrelevant); Rule 403 (confusion, prejudice) |
| PX-412 | 9/8/2004 | Smith Barney Citigroup Technology Conference Transcript | Rule 403 (confusion, prejudice) |
| PX-413 | 10/25/2004 | Q3 2004 Veeco Instruments Inc. Earnings Conference Call Transcript | Rule 403 (confusion, prejudice) |
| PX-414 | 2/11/2005 | Q4 2004 Veeco Instruments Inc. Financial Update transcript | Rule 403 (confusion, prejudice) |
| PX-415 | 3/16/2005 | Q4 2004 Veeco Instruments Inc. Earnings Conference Call Transcript | Rule 403 (confusion, prejudice) |
| PX-416 | 1/7/2005 | VECO 0166426-27 | Rule 403 (prejudice, confusion) |
| PX-417 | 2/11/2005 | VECO 0018031 | Rule 106 (completeness); Rule 403 (confusion, prejudice) |
| PX-418 | 2/25/2005 | VECO 0025785 | Rule 401 (irrelevant); Rule 403 (confusion) |
| PX-419 | 12/16/2004 | VECO 0025858-60 | Rule 401 (irrelevant); Rule 403 (confusion, prejudice) |

| PX- # | Date | Bates Range | Objections |
|---|---|---|---|
| PX-420 | 2/16/2005 | VECO 0026020 | Rule 106 (completeness) |
| PX-421 | 10/1/2004 | VECO 0026436-38 | Rule 401 (irrelevant); Rule 403 (confusion, prejudice) |
| PX-422 | 8/26/2004 | VECO 0027752-60 | Rule 401 (irrelevant); Rule 403 (confusion, prejudice) |
| PX-423 | 12/13/2004 | VECO 0050298-99 | Rule 401 (irrelevant); Rule 403 (confusion, prejudice) |
| PX-424 | 10/15/2004 | VECO 0050497 | Rule 403 (prejudice) |
| PX-425 | 1/17/2005 | VECO 0052522-41 | Rule 403 (confusion, prejudice) |
| PX-426 | 6/9/2004 | VECO 0061887-88 | Rule 403 (confusion, prejudice) |
| PX-427 | 3/18/2005 | VECO 0079699-700 | Rule 401 (irrelevant); Rule 403 (confusion, prejudice) |
| PX-428 | 2/22/2005 | VECO 0080625-28 | Rule 401 (irrelevant); Rule 403 (confusion, prejudice) |
| PX-429 | 12/13/2004 | VECO 0080992 | Rule 403 (confusion, prejudice) |
| PX-430 | 12/9/2004 | VECO 0081016 | Rule 106 (completeness); Rule 401 (irrelevant); Rule 403 (confusion, prejudice) |
| PX-431 | 12/31/2004 | VECO 0089331-37 | Rule 403 (confusion) |
| PX-432 |  | VECO 0097788 | Rule 403 (confusion); Rule 901 (authentication insufficient) |
| PX-433 |  | VECO 0098334-46 | Rule 403 (confusion, prejudice); Rule 901 (authentication insufficient) |
| PX-434 | 10/6/2004 | VECO 0101643-53 | N/A |
| PX-435 | 10/18/2004 | VECO 0102435-39 | Rule 403 (confusion, prejudice) |
| PX-436 | 10/29/2004 | VECO 0122701-12 | Rule 403 (confusion) |
| PX-437 | 11/8/2004 | VECO 0129076-81 | N/A |
| PX-438 | 3/1/2005 | VECO 0129353-55 | Rule 403 (confusion, prejudice); Rule 901 (authentication insufficient) |
| PX-439 | 1/4/2005 | VECO 0129421 | Rule 403 (confusion, prejudice); Rule 901 (authentication insufficient) |
| PX-440 | 2/2/2005 | VECO 0130040 | Rule 403 (confusion, prejudice) |
| PX-441 | 12/14/2004 | VECO 0130095-96 | Rule 403 (prejudice) |
| PX-442 | 10/18/2004 | VECO 0131565-97 | N/A |
| PX-443 | 12/31/2004 | VECO 0154461-62 | Rule 403 (confusion) |
| PX-444 | 12/27/2004 | VECO 0154468-69 | Rule 403 (confusion, prejudice) |
| PX-445 | 12/26/2004 | VECO 0154471-72 | Rule 403 (confusion, prejudice) |
| PX-446 | 12/20/2004 | VECO 0154480-81 | Rule 403 (confusion, prejudice) |
| PX-447 | 11/15/2004 | VECO 0155269-70 | Rule 802 (hearsay) |

| PX- # | Date | Bates Range | Objections |
|---|---|---|---|
| PX-448 | 11/8/2004 | VECO 0155469 | Rule 802 (hearsay); Rule 403 (prejudice, confusion) |
| PX-449 | 8/26/2004 | VECO 0160399 | N/A |
| PX-450 | 8/4/2004 | VECO 0160534-36 | Rule 802 (hearsay) |
| PX-451 | 9/9/2004 | VECO 0160863-64 | Rule 802 (hearsay); Rule 403 (prejudice, confusion) |
| PX-452 | 12/17/2004 | VECO 0160865 | Rule 401 (irrelevant); Rule 403 (prejudice, misleading) |
| PX-453 | 10/15/2007 | VECO 0160935-36 | Rule 403 (confusion, prejudice) |
| PX-454 | 10/12/2004 | VECO 0160951-57 | Rule 401 (irrelevant); Rule 403 (prejudice, misleading) |
| PX-455 | 1/31/2005 | VECO 0160958-59 | Rule 403 (confusion, prejudice) |
| PX-456 | 10/14/2004 | VECO 0160972 | Rule 403 (confusion, prejudice), Rule 802 (hearsay) |
| PX-457 | 10/14/2004 | VECO 0160974-75 | Rule 403 (prejudice, confusion) |
| PX-458 | 10/13/2004 | VECO 0160996-97 | Rule 403 (prejudice, misleading, confusion) |
| PX-459 | 10/12/2004 | VECO 0161004-22 | Rule 403 (misleading) |
| PX-460 | 10/8/2004 | VECO 0161045-46 | Rule 403 (confusion, prejudice) |
| PX-461 | 10/8/2004 | VECO 0161047-48 | Rule 403 (prejudice, confusion) |
| PX-462 | 10/5/2004 | VECO 0161101-07 | Rule 106 (completeness); Rule 403 (confusion, prejudice) |
| PX-463 | 12/17/2004 | VECO 0162086-89 | Rule 403 (confusion, prejudice); Rule 802 (hearsay) |
| PX-464 | 11/22/2004 | VECO 0168095 | Rule 403 (confusion, misleading) |
| PX-465 | 12/8/2004 | VECO 0183303 | Rule 403 (prejudice, confusion) |
| PX-466 | 12/31/2004 | VECO 0188308 | Rule 901 (authentication insufficient) |
| PX-467 | 12/29/2004 | VECO 0192661 | Rule 403 (prejudice, confusion) |
| PX-468 | 11/16/2004 | VECO 0201620 | Rule 403 (prejudice, confusion) |
| PX-469 | 8/2/2004 | VECO 0204417-18 | Rule 106 (completeness); Rule 403 (misleading) |
| PX-470 | 9/15/2004 | VECO 0204501 | Rule 403 (confusion, prejudice); Rule 901 (authentication insufficient) |
| PX-471 | 12/28/2004 | VECO 0204723-24 | Rule 403 (confusion, prejudice) |
| PX-472 | 12/22/2004 | VECO 0501103-08 | Rule 403 (misleading, confusion, prejudice) |
| PX-473 | 7/22/2004 | VECO 0511256-80 | N/A |
| PX-474 | 5/31/2004 | Revised Privilege Log for Veeco Instruments Inc. | N/A |
| PX-475 | | Supplemental Expert Report of Robert W. Berliner, CPA, CFE, with exhibits (to be produced when available) | Rule 403 (confusion, prejudice); Rule 704 (ultimate issue); Rule 802 (hearsay) |
| PX- # | Date | Bates Range | Objections |

| PX- # | Date | Bates Range | Objections |
|---|---|---|---|
| *Defendants reserve the right to object to Exhibits PX476-PX487, which were placed on Plaintiff's exhibit list just prior to the submission of this Pretrial Order. | | | |