**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x

In re VEECO INSTRUMENTS, INC.    :     Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION        :

-------------------------------------------------------- x

-------------------------------------------------------- x

THIS DOCUMENT RELATES TO    :
ALL ACTIONS           :

-------------------------------------------------------- x

## DECLARATION OF PHYLLIS M. PARKER IN SUPPORT OF LEAD PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION OF DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE TESTIMONY OF ROBERT W. BERLINER

Phyllis M. Parker, hereby declares as follows:

I, Phyllis M. Parker, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.    I am a lawyer of the law firm Berger & Montague, P.C., lead counsel for Lead Plaintiff in this litigation.

2.    I submit this Declaration in Support of Lead Plaintiff's Memorandum of Law in Opposition of Defendants' Motion *In Limine* to Preclude Testimony of Robert W. Berliner.

3.    Attached hereto as Exhibits are true and correct copies of the following, which are being filed ***under seal*** pursuant to the Confidentiality Order dated May 16, 2006:

| Exhibit No. | Description |
|---|---|
| A | Preliminary Expert Report of Robert W. Berliner, CPA, CFE, dated April 11, 2007 |
| B | Excerpts from deposition transcript of Robert W. Berliner, dated June 19, 2007 |
| C | Veeco Instruments Inc. Earnings Conference Call, dated March 16, 2005 |
| D | Supplemental Report of Robert W. Berliner, CPA, CFE, dated June 12, 2007 |

E                         Excerpts from deposition transcript of David G. Bonagura, dated April 18, 2007

F                         Excerpts from deposition transcript of Gary Reifert, dated February 13, 2007

G                         VECO 0097504 and VECO 0148749

H                         Affidavit of John F. Rein, Jr. In Support of Defendants' Opposition to Plaintiffs' Motion to Compel Production of Documents Concerning Veeco's Internal Investigation

Dated: June 26, 2007

Phyllis M. Parker

416988_00.wpd

2