**EXHIBIT 2**

Case 1:05-cv-07449-CM    Document 150-5    Filed 10/26/2007    Page 1 of 2

IN RE VEECO INSTRUMENTS INC. SECURITIES LITIGATION

FIRM: BERGER & MONTAGUE, P.C.

EXPENSE ANALYSIS FROM INCEPTION THROUGH OCTOBER 15, 2007

| Category | Amount |
|---|---|
| Consultant/Expert Fees | $ 543,712.46 |
| Photocopying | $ 29,979.50 |
| Commercial Copying | $ 30,780.75 |
| Postage; Overnight Delivery Services; Messenger Service | $ 3,443.55 |
| Lexis/Weslaw Computer Research | $ 69,410.07 |
| Service Fees | $ 4,319.25 |
| Court Fees | $ 769.28 |
| Witness Fees | $ 620.00 |
| Mediator Fees | $ 19,686.00 |
| Transportation/Lodging/Meals | $ 17,309.86 |
| Deposition Transcripts | $ 32,599.22 |
| Telephone; Facsimile | $ 885.53 |
| Notice of Pendency Costs (June 2007)* | $ 20,813.82 |
| **TOTAL**** | **$774,329.29** |

*The Notice of Pendency Costs total $38,673.79. Since $20,813.82 represents a portion of this expense, the balance in the amount of $17,859.97 will be drawn from the Notice and Administration Fund.

**Includes $6,359.57 of expenses incurred by Milberg Weiss LLP in connection with its services as liaison counsel from April 2005 through October 2005.

**EXHIBIT 2**