# EXHIBIT B

STATE OF TEXAS            )
                          )  ss:
CITY AND COUNTY OF DALLAS)

I, <u>Tiffany Cox</u>, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of <u>THE WALL STREET JOURNAL</u>, a daily national newspaper published and of general circulation in the City and County of New York, New York, City of Naperville, DuPage County, Illinois, and in the city and County of Dallas, Texas and that the attached Notice has been regularly published in <u>THE WALL STREET JOURNAL</u> for national distribution for <u>one</u> insertion(s) on the following date(s): <u>9/19/07</u> at the request of advertiser: <u>Veeco Instruments</u> and that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

MITCHELL E. CHEATHAM
Notary Public, State of Texas
My Commission Expires
March 01, 2011

Sworn to before me this
1st day of Oct. 2007

_____
Notary Public

[Stock listing table - partial newspaper stock quotes page from The Wall Street Journal, including entries such as BancoMacro BMA 28.93 0.57, Bancol ADS CIB 31.24 0.41, Bncpsouth BXS 26 1.19, BankAm BAC 51.21 1.70, Bk Hawaii BOH 53.45 2.67, BkIrlnd ADS IRE 65.78 2.24, BkMntrl BMO 62.55 1.64, BankNY Mellon BK 44.29 1.84, BkNovaScotia BNS 51.85 1.26, Barclays ADS BCS 50.12 3.02, Bard CR BCR 85.62 1.14, BarnesNoble BKS 36.62 1.62, BarrPharm BRL 51.98 1.02, BarckGld ABX 38.76 1.29, BauschLomb BOL 63.44 0.17, BaxterInt BAX 55.35 1.00, Bayer ADS BAY 81.23 2.86, BearStearn BSC 119.20 3.82, BeckmnCoultr BEC 71.28 0.78, BectonDksn BDX 79.25 0.71, Belden BDC 48.47 1.26, Belo BLC 17.42 0.43, Bemis BMS 29.96 0.73, Benetton BNG 30.53 0.62, Berkley BER 29.80 0.94, BerkHathwy A BRKA 118700 200.00, BerkHathwy B BRKB 3952 4.50, BestBuy BBY 47.46 2.92, BigLots BIG 30.96 1.66, Biovail BVF 17.18 -0.02, BlackDeck BDK 86.27 3.65, BlackRock BLK 169.50 11.50, BlackstoneGp BX 24.55 0.90, BlockHR HRB 21.21 0.56, BdwlkPipePtnr BWP 31.99 0.17, Boeing BA 98.47 -0.17, BorgWarner BWA 86.41 1.91, BostProp BXP 100.87 3.57, BosSci BSX 13.51 0.08, BoydGaming BYD 43.07 1.26, Brady A BRC 36.30 1.81, BrndywnRlty BDN 26.23 0.84; middle column: CovantaHldg CVA 22.84 0.42, Coventry CVH 60.51 1.01, Couidien COV 42.67 0.88, Credicorp BAP 62.48 1.71, CrdtSuisse ADS CS 66.37 2.57, CrownCastl CCI 39.14 1.38, CrownHldgs CCK 23.08 0.03, CullnFrst CFR 52 1.01, Cummins CMI 134.51 12.76, CurtWrght CW 47.85 1.86, CyprsSemi CY 27.64 0.99, CytecInd CYT 67.06 2.36, DPL Inc DPL 26.41 0.28, DRS Tch DRS 52.09 1.19, DST Sys DST 82.14 1.33, DTE Engy DTE 49.01 0.80, DmlrChrylr DAI 94.05 3.62, Danaher DHR 81.78 2.88, Darden DRI 43.84 1.49, DaVita DVA 61.55 -0.22, DeanFoods DF 26.30 0.69, Deere DE 145.86 6.43, DelMonte DLM 10.44 0.24, Delhaize ADS DEG 96.51 4.32, DelphiFnl DFG 40 1.70, DeltaAir DAL 17.45 0.30, DeluxeCp DLX 36.89 1.39, DnbryRes DNR 44.83 1.21, DesarrHomex HXM 58.89 3.78, DtscheBK DB 129.02 6.65, DtscheTel ADS DT 19.47 0.45, DevDivRlty DDR 55.50 1.53, DevonEgy DVN 82.03 2.09, DeVry DV 36.74 1.59, Diageo ADS DEO 86.48 2.65, DmndOffshr DO 109.80 3.13, DicksSprtgGds DKS 71.31 2.21, Diebold DBD 44.21 0.27, DgtlRltyTr DLR 37.44 0.90, DirecTV DTV 23.75 1.40, DiscvrFnlSvc DFS 23.09 1.77, Disney DIS 34.58 1.20, Dist&Srv ADS DYS 28.71 0.76, DolbyLab A DLB 33.31 -0.68; right column: GrtPlnsEngy GXP 28.53 0.50, Greif A GEF 56.40 2.20, GrpAeroPacADS PAC 50.40 1.46, Guess GES 49.69 3.97, HCC InsHldg HCC 28.18 0.84, HCP HCP 33.88 0.82, HDFCBnk HDB 96.49 6.70, HNI HNI 37.21 0.97, HRPT Prop HRP 9.90 0.26, HSBC ADS HBC 91.30 2.49, Hallibrtn HAL 37.61 0.87, Hanesbrands HBI 28.37 0.77, HanoverIns THG 42.40 0.96, HarleyDav HOG 47.79 1.13, HarmanInt HAR 112.10 1.17, HrmnyGld ADS HMY 11.61 0.48, HarrahEntn HET 86.86 0.59, Harris HRS 58.88 1.45, Harsco HSC 55.43 2.14, HrtfrdFnl HIG 90.47 3.19, Hasbro HAS 28.14 0.59, HlthCr Reit HCN 42.51 0.10, HealthNet HNT 55.51 -0.16, HearstArgyl HTV 26.15 0.15, Heinz HNZ 46.40 0.53, HelixEnergy HLX 41.35 1.00, Hellenic OTE 17.58 0.66, HelmPayne HP 33.84 1.12, Herbalife HLF 41.76 1.02, Hercules HPC 20.57 1.21, Hershey HSY 45.95 0.66, HertzGlbHldgs HTZ 20.39 0.61, Hess HES 66.01 2.58, Hewitt HEW 34.28 0.61, HewlettPk HPQ 50.17 1.03, Hexcel HXL 22 0.99, HighwdProp HIW 37.06 1.85, Hillenbrnd HB 57.33 0.25, Hilton HLT 46.35 0.37, Hitachi HIT 61.35 1.03, HollyCp HOC 65.50 1.39, HomeDpt HD 36.36 0.98, HondaMtr ADS HMC 33.44 0.31, Honeywell HON 57.28 0.94]

FREE ANNUAL REPORTS
and if available, quarterly reports for companies with the ♣ symbol. Reports mailed next business day subject to availability.
Open 24 hours including weekends
When ordering by fax, please give ticker symbols for companies you require.

To order an annual report, visit http://wsj.ar.wilink.com. Or Call 800 654 2582 Fax 800 965 5679.

THE WALL STREET JOURNAL

Annual Reports Service

To add a ♣ next to your company, Call 804 327 3410.

## CLASS ACTIONS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re VEECO INSTRUMENTS INC. SECURITIES LITIGATION

THIS DOCUMENT RELATES TO ALL ACTIONS

Case No.:
7:05-md-01695
(CM)(GAY)

### SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION

**TO: ALL PERSONS AND ENTITIES WHO PURCHASED THE SECURITIES OF VEECO INSTRUMENTS INC. ("VEECO") BETWEEN APRIL 26, 2004 AND FEBRUARY 10, 2005, INCLUSIVE ("THE CLASS").**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of New York, that a hearing will be held on November 2, 2007 at 9:00 a.m., before the Honorable Colleen McMahon, United States District Judge, at the United States District Court for the Southern District of New York, Courtroom 21B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, to determine whether the proposed settlement (the "Settlement") of the above-captioned action ("Action") for $5,500,000 in cash should be approved by the Court as fair, reasonable and adequate; whether to award Lead Plaintiff's Counsel attorneys' fees, and reimbursement of expenses out of the Settlement Fund (as defined in the Notice of Proposed Settlement of Class Action ("Notice"), which is discussed below); whether to award Lead Plaintiff reimbursement of expenses for representation of the Class; and whether the Plan of Allocation should be approved by the Court.

IF YOU PURCHASED VEECO INSTRUMENTS INC. SECURITIES IN THE PERIOD DESCRIBED ABOVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS ACTION. To share in the distribution of the Settlement Fund, you must establish your rights by filing a Proof of Claim and Release Form on or before December 3, 2007. Your failure to submit your Proof of Claim and Release Form by December 3, 2007 will subject your claim to rejection and preclude your receiving any money in connection with the Settlement of this Action. If you are a Member of the Class and did not request exclusion from the Class, you will be bound by the Settlement and any judgment and Release entered in the Action, including, but not limited to, the Final Order, whether or not you submit a Proof of Claim and Release Form.

If you have not yet received the Notice, which more completely describes the Settlement and your rights thereunder, and a Proof of Claim and Release Form, you may obtain these documents by writing to: Claims Administrator, Veeco Instruments Inc. Securities Litigation, Heffler, Radetich & Saitta LLP, P.O. Box 59027, Philadelphia, PA 19102-9027.

You may also call (800) 768-8450. Inquiries should NOT be directed to Veeco, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice, Proof of Claim and Release Form, may be made to Plaintiff's Lead Counsel: Sherrie R. Savett, Esquire, Phyllis M. Parker, Esquire, Berger & Montague, P.C., 1622 Locust Street, Philadelphia, PA 19103, (215) 875-3000.

IF YOU DESIRE TO BE EXCLUDED FROM THE CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION BY OCTOBER 19, 2007, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL MEMBERS OF THE CLASS WHO HAVE NOT REQUESTED EXCLUSION FROM THE CLASS WILL BE BOUND BY THE SETTLEMENT ENTERED IN THE ACTION EVEN IF THEY DO NOT FILE A TIMELY PROOF OF CLAIM AND RELEASE FORM.

Dated: September 19, 2007

BY ORDER OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

NOTICE [TO] MEMBERS
Pursua[nt]... of all of th[e]... LLC (the... MANNION... No. 7963... members'... LLC to the... public auc[tion]... the law... SMITH, 59... New York,... 26, 2007 a... consumma[tion]... LLC's sole... 45 co-op... (shares an... at North Is[land]... operative... located in... membershi[p]... sold as on... bidder.
A copy [of]... dures and... ments can... the LLC's... Levine, of... Adler Fre[eman]... 270 Madiso[n]... NY 10016.... mail: levin[e]... certified ch[eck]... $250,000 p... of "Wolf Ha[ldenstein]"... neys" must... time of auc[tion]... the sale. T[he]... will use suc[h]... against the... with the ba[lance]... ing to be he[ld]... days from t[he]...
The LLC... with no rep[resentations]... ranties rega[rding]... the Co-ope[rative]... MFY LLC c[onsists]... Eric B. Lev[ine]... Wolf Halde[nstein]... Freeman &... 270 Madiso[n]... New York, [NY]... 212-545-47[00]